```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

         -against-                      22-CR-122 (VEC)

                                ORDER

STEVEN GALLAGHER,
                         Defendant.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 17, 2022, the parties requested an arraignment be scheduled for Friday, February 25, 2022.

      IT IS HEREBY ORDERED that an arraignment in this matter is scheduled for **Friday, February 25, 2022 at 11:00 A.M.** The arraignment will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, all unvaccinated persons traveling to New York from out-of-state must comply with the SDNY travel protocol, available at https://www.nysd.uscourts.gov/sites/default/files/2021-09/Entry%20Protocol%20for%20Travelers%209.24.21.pdf.

**SO ORDERED.**

Date: February 17, 2022
      New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**