

July 1, 2022

**By ECF**

The Honorable Valerie E. Caproni
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2022

**MEMO ENDORSED**

Re: *United States v. Gallagher*, No. 22-CR-00122-VEC

Dear Judge Caproni:

    I write on behalf of Defendant Steven M. Gallagher, with the consent of the government, for the an order: (1) exonerating bail and directing the Clerk of Court to return $18,184 to Mr. Gallagher, payable to Roche Freedman LLP, and (2) directing the Clerk of Court to use the remaining funds to pay for forfeiture, a fine, and a special assessment.

    On October 26, 2021, Mr. Gallagher was arrested and an appearance bond in the amount of $1,000,000, with $50,000 secured, was entered. Per the terms and conditions of the bond, the bond "will be satisfied and the security will be released when …. [t]he defendant reports to serve a sentence."

    On. June 27, 2022, this Court sentenced Mr. Gallagher to time-served, three-years of supervised release, with the first six months to be served under house arrest. Mr. Gallagher is currently serving his sentence. As part of his sentence, Defendant was ordered to pay a fine of $10,000 and forfeiture of $21,716, as well as an $100 special assessment.

    Accordingly, pursuant to the terms of the Appearance Bond, Mr. Gallagher requests that the Court order the exoneration and release of bail, and direct the Clerk of the Court to return $18,184 to Mr. Gallagher. Mr. Gallagher respectfully asks that the remaining funds be used to pay the forfeiture, fine and special assessment noted above.

Application GRANTED.

SO ORDERED.

*Valerie Caproni* 07/05/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Eric Rosen*
Eric Rosen
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(617) 977-4163
erosen@rochefreedman.com

CC: Counsel of Record