USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
:
-against- : 22-CR-122 (VEC)
:
: ORDER
:
STEVEN GALLAGHER, :
                          Defendant. :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 1, 2022, the Court granted Defendant's request to exonerate bail and directed the Clerk of Court to return $18,184 to the Defendant and to use the remaining bail funds to pay for Defendant's forfeiture, fine, and special assessment, Dkt. 26;

WHEREAS on July 20, 2022, the Court was informed that the Defendant had not deposited cash bail;

IT IS HEREBY ORDERED that, because the Clerk's Office has no record of a cash deposit, no money will be returned and the Defendant remains responsible to pay his forfeiture, fine, and special assessment.

**SO ORDERED.**

Date:  July 21, 2022
         New York, NY

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**