

August 22, 2022

**By ECF**

The Honorable Valerie E. Caproni
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *United States v. Gallagher*, No. 22-CR-122-001 (VEC)

Dear Judge Caproni:

    We respectfully submit this letter with the Government's consent in response to your July 21, 2022 Order for a joint status update by August 22, 2022 on whether the cash deposit had been released to the Southern District of New York.

    On August 17, 2022, the Finance Manager for the United States District Court, Southern District of New York, informed us that the Clerk's Office in the Northern District of Ohio submitted a voucher to transfer the funds to the Southern District of New York.  He further informed us that upon receipt of those funds, his office will apply them to Mr. Gallagher's outstanding obligations pursuant to Your judgment. He estimates that this transfer and payment of funds will occur this coming week.

    We will update the Court as soon as we learn that the funds have been applied to satisfy the judgment.

                                 Respectfully submitted,

                               */s/ Eric Rosen*
                               Eric Rosen
                               Richard Cipolla
                               ROCHE FREEDMAN LLP
                               225 Franklin Street, 26th Floor
                               Boston, MA 02210
                               (617) 977-4163
                               erosen@rochefreedman.com